# IN THE SUPREME COURT OF THE STATE OF NEVADA

DANNY LORA,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 85515

FILED

NOV 10 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se notice of appeal from a purported district court order dismissing a postconviction petition for a writ of habeas corpus. Seventh Judicial District Court, White Pine County; Steve L. Dobrescu, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no decision had been made on the petition when appellant filed the notice of appeal on October 11, 2022. Thus, the notice of appeal is premature. *See* NRS 177.015(3) (stating that a defendant only may appeal from a final judgment or verdict). Appellant may file an appeal from a final order of the district court dismissing his petition. Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

22-35508

cc: Hon. Steve L. Dobrescu, District Judge
Danny Lora
Attorney General/Carson City
White Pine County District Attorney
Attorney General/Ely
White Pine County Clerk